Leta Chandler
311 Las Cruces
Buda, Tx 78610


Third Court of Appeals
209 W 14th Street
Austin, Tx 78701


January 21, 2014


To Whom It May Concern:

I am writing this letter in regards to my father Bryan Chandler, case number 03-14-547CR

Ms. Peach is not our appellate attorney, she was our trial attorney. I am in the process of hiring an appellate attorney now. I am asking for an extension at this time.

Please keep my information on file until another attorney is hired.

Leta Chandler
311 Las Cruces
Buda, Tx 78610

letachandler@gmail.com


Sincerely,

*Leta Chandler*

Leta Chandler

RECEIVED
JAN 2 8 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

Charolen
888 Fm 967
Buda Tx 78610

CERTIFIED MAIL®



7014 2120 0001 6730 4477

UNITED STATES POSTAL SERVICE®

1000

78701

U.S. POSTAGE
PAID
BUDA,TX
78610
JAN 23, 15
AMOUNT
$6.49

0010361Z-08

Third Court of Appeals
309 W 14th Street
Austin Tx 78701

78701316514